RECEIVED
NOV 02 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Catherine Jean Fenning, Plaintiff(s),

vs.

Minneapolis Police Department, Minneapolis Impound Lot, Hennepin County Economic Assistance, Sharon Compton, Judge William Koch, William (Jensen) Siegler, Agate Housing, Gabe T Simon, Jennifer L Jorgenson, Mark A Fenning, Patricia Lingwell, Project for Pride and Living, Social Security Administration, State of MN Judicial System

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Case No. 26-cv-4693 ECT/EMB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐ NO ☒

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

a. Plaintiff

Name Catherine Jean Fenning

Street Address Homeless

County, City Hennepin, Minneapolis

State & Zip Code MN. 55418

Telephone Number 763-703-0987

SCANNED
NOV 02 2026
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name Minneapolis Police Department

Street Address 350 S. 5th St

County, City Hennepin, Minneapolis

State & Zip Code MN 55415

b. Defendant No. 2

Name Social Security Administration

Street Address 1800 Chicago

County, City Hennepin Minneapolis

State & Zip Code MN

c. Defendant No. 3

Name State of Minnesota Judicial System

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

Defendant #2

Minneapolis Impound Lot
50 Van White Memorial Blvd
Minneapolis, Mn 55405
612-673-5777

Defendant #3

Judge William Koch
25 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, Mn 55155

Defendant #4

Sharon Compton
11356 Flintwood St. NW
Coon Rapids, Mn 55448
763-229-~~69~~ 6906
or
763-753-~~7458~~ 7458

Defendant #5

William (Jensen) Siegler
3720 23rd Ave S
Minneapolis, Mn 55407
612-238-2500

Defendant #6

Gabe T. Simon
11248 Georgia Ave N.
Champlin, MN 55316
651-334-9514

Defendant #7

Jennifer Lynn Jorgenson
4653 Fremont Ave. S.
Minneapolis, Mn 55419

Defendant #8

Mark A. Fenning #154659
Mn Correctional facility - St. Cloud
2305 Minnesota Blvd
St. Cloud, Mn 56304
320-240-3000

Defendant # 9

Patricia A. Lingwall
1018 20th Ave NE #1
Minneapolis, Mn 55418
612-789-7269

Defendant # 10

Agate Housing
2309 Nicollet Ave
Minneapolis, Mn 55404
612-874-0311

Defendant # 11

Project for Pride and Living
1021 East Franklin Ave
Minneapolis, Mn 55404
612-455-5133

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. The Vitamin Antitrust Litigation law, 18 USC 231-101 & 241, Domestic Abuse Act, Vulnerable Adult Act, Civil Rights Act, Patriotic Act, The Law of Color, MN State Statute 609.43, The Bowen (Biden) Act, Perjury

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: Catherine Jean Ferry State of Citizenship: MN

Defendant No. 1: } All State of Citizenship: MN

Defendant No. 2: State of Citizenship: MN

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**

**Check here if additional sheets of paper are attached:** ☒

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

☒ Defendant(s) reside in Minnesota ☐ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. 1) Theft
2) Slander
3) Antitrust
4) No police protection
5) Innocent til Proven Guilty
6) Gaslighting myself + AMK
7) No follow up on police Reports
8) No follow up on damages
9) No follow up on stolen Cash, bank cards, coins & All
10) saying 4S instead of Domestic Abuse 4S
11) over payment of Rent + Deposit 2 Lodgers
12) Refuse to help with housing
13) Lying under oath
14) Dorothy Ann Siegler 27-PA-PR-21-561
15) 27-GC-PR-24-433
16) 27-CR-25-9467
17) 72-CR-26-104
18) wrong color of Vehicle
19) 2004 Acura TL Black
20) Refusing Name Change after Divorce

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

What the Judge Magistrate seems fit cause I'd go for ownership

Signed this 2 day of November

Signature of Plaintiff [signature] PRO SE

Mailing Address

Homeless

Minneapolis, MN 55418

Telephone Number

763-703-0987

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

Page 1

RECEIVED
NOV 02 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# Civil Complaint

United States District Court
of Minnesota

Plaintiff: Catherine Jean Beenken-Fenning

Defendants: Minneapolis Police Department; Minneapolis Impound lot; Hennepin County Economic Assistance; Sharon Compton; Judge William Koch; William (Jensen) Siegler Agate Housing; Gabe T Simon; Jennifer L Jorgenson; Mark A Fenning; Patricia A Lingwall Project for Pride and living; State of Minnesota Judicial System; Social Security Administration

To All Judges and Magistrate

I'm Catherine Jean Fenning I had my maiden name awarded back to me in my divorce case # 27-FA-22-2465 my maiden name is Catherine Jean Beenken but I've been fighting with Social Security Offices cause I dont have a picture ID with the name Catherine J Beenken So I cant get my Social Security Card to change my name So I use both last names

cont

Page 2

In the Defendant Minneapolis Impound Lot they have my sons car on a police hold for a fatal hit and run that never happened they claimed A.M.K's hit with his car 2004 Acura TL which he bought out rite for 5500 from a private dealer in August of 2022 he would have had the car a year but police claim this incident happened 04/03/2022 at 5:28pm at Glenwood Ave N and Penn Ave N the towed A.M.K's vehicle without any notice on 05/05/2022 from 610 Logan Ave N which my son and I resided at this time in Apt 7. my son is Considered A Vulnerable Adult from Mental Health Commitments in Anoka County Unity Hospital for Catatonia (Catonic State) he was locked up in Unity for a year and a half and was discharged to be with his mother myself in her apartment to live We were there from 02/19/2020 - 12/01/2022 The 2004 Acura TL was in front of the building on the 6th or 7th Ave Side not Olson Memorial Highway or Logan where all the vehicles park at on the Street it had a passenger side axle split apart a few days prior then May 5th we were trying to repair and on the 5th our friend

Cont

Who was going to repair the axle had come and told us the car was gone A.M.K finally found it in the Mpls Impound lot on a police hold brought me the information and I called and talked to the Officers about the car and found out about the Fatal Hit and Run what we never understood is that the car is Black why does the impound lot have it listed as Beige the Vehicles Information is Call # 13367764 2004 Acura TL Beige MN GXL-178 Vin # 19UUA66204A058685 Mpls Impound lot, 50 Van White Memorial Blvd, Mpls, MN and that is the Begining of the Haslighting Which Mark A Fenning has asked for Me and A.M.K cause the day I left my abuser on 06/30/2021 divorced on 07/22/2022 he asked me to choose between him and my son A.M.K I choosed my son and had Mark A Fenning removed from my lease at 610 Logan Ave N. Mpls, MN 55411 and that is when he beat me like a man I was pregnant at the time It was my birthday and by 10:30am on 06/30/21 I finally had my abuser out of our lives But he has helped in Stealing our Jewelry, Clothes, Bank Cards, Cash, Coins

Cont

Gold Bars x2, Platinum bar x1, Gold Chains, Diamond Chains, Platinum Blue Diamond Earrings, Diamond Earrings, I had Stones broughten from Thrift Stores out of there settings Diamonds, Rubys Saphirres, Broches, Watches, Agates rare but my collection, Bibles ie: Quan, Guatum, and Holy Bibles, Rosarys, Crosses, Rings Everything with the Assistance of the 4th Precinct, Jennifer L Jorgenson, Gabe T Simon, Dillon Gabriel, Jeremy Semer, Patricia Lyngwall, Brodelle & Zeke Smith, Agati Housing, Project for Pride and Living illeagally evicted me cause I found out that PA Vang was working in the office as Ker Vang making false charges and Write ups on me we used to work together at Sisters of the Good Shepherd also cause I had slept with Gabe and Dillon aka Gabreil Semen Police also assisted by arresting me on 11/29/22 and Hennepin Cty Jail can verify they finally Booked me into Jail on 11/30/22 in the evening refusing me medical attention Stating they could use excessive force with me I stated why Im not resisting the long Blonde haired Nurse Big Butt walked of the job at the Hennepin County Jail that Day making sure I seen her leave

Cont

And I was pregnant by Dillon Halriel who had stolen diamonds from my bedroom cause on Oct 3rd 2022 it was a Virtual Reality Rape by Gabe T. Simon and at the time he claimed it was Officer Atkinson they had drugged me with GHB putting it in my food I had just cooked. Im guessing Jennifer L. Jorgenson resided in my Building at Project for Pride and Living with David L Johnson in Apartment 2 she was not on the lease she would go and sleep with everyone and knock on all apt doors to get high on meth and also HIV+ sleeping with Gabe T Simon and staff gave her bus cards, keys to get in after I threw Mark A Fenning out of my Apt Rodelle a Syche Smith in Apt 3 would hide him from police and let him into the building to break in and harrass me and ~~[illegible]~~ A.M.K They some how found out all the doors were false doors hit a button they unlocked installed Cameras into my apt and watched us 24/7 without our Knowledge broke in stole our Cash, change, rare coins, agates, stones, bars Jewlery, clothes, shoes, necklases, rings, Watches, knick knacks, meth, Pipes, marijuana, cell phones, laptops. Cords, any thing they could get

Cont

Page 6

They meaning Project for Pride and Living Staff Rodelle a Zeke Smith, Mark A. Fenning, Halb T. Simon, Jennifer L Jorgenson, Agate Housing Staff, Halbs Girlfriend Megan Reed, Referees Reeds daughter who Project for Pride and Living uses for their Evictions is Referee Reed Halbe Simons on again off again fling Megan Reed Halb also basis the rent increase by the fuck (excuse my language) ell their good in bed its $75 if not $50 and an eviction P.P.L allows this stuff the also allow Jennifer L Jorgenson, PA Lang, Megan Reed, and Halb T Simon Rip off and Steal the Petty Cash from all of the offices I cut a hole from the laundry room to the office the office was moved out of 610 Logan Ave N at the time I found a roll of quarters they claim more I was hoping to find my file and Mark A Fenning but I didnt PPL staff refused to give me copies of my file a Marks the Apts file with the Ledgers which in turn would prove that PPL and Agate housing Both owned by the same person's was over payed for 610 Logan Ave N Apt 7 Mp's, Mn 55411 which was rented at the very end by just Me & AMK

Cont

which all staff that worked there including my Case ~~[illegible]~~ manager at the end was Mark A Jennings Case manager Jess knew my son was a Vulnerable Adult living with me since February of 2020 it was not a new thing all staff including DA Vang AKA Ker Vang new A.M.K was living in Apt 7 with me & Mark through ~~out~~ out the lease The only reason I have Patricia A. Lingwall added into here is she is Mark A Jennings responsible party Pluse she has some of my rare coins and A.M.K's bail money she had gotten returned of $800.00 dollars

Now were going into Sharon Compton who is the Guardian Services of William H Siegler Case # 27-GC-PR-24-433 who has a real name of William Jensen they claim William Siegler ex spouse is Lynn Jensen she is William Jensens ex spouse Bill Siegler & Wendy Holmgren were a couple who used to go party with Bill Jensen & Lynn both Bills could have been twins but Sieglers ex spouse was Wendy Holmgren who passed away in May of 2023 at their residence 907 20th Ave NE Mpls, Mn 55418

Cont

Which is owned by Dorothy A Deegler case # 27-PA-PR-21-561 which William H Deegler and attorney Richard D Eskola gave wrong birthdays for William H Deegler - 10/29/1957 which his birthday is 10/29/1953 or Sr who passed away in 1986 and their daughter Lynn Marie Deegler passed away on 01/04/1964 born on 09/20/1951 Their buried at Hillside Cemetary their Son William Herbert Deegler Jr AKA also Carlos Miguel Avery had a daughter named Casey Marie Avery who to keep her safe found some close look a likes Donald Lee Beenken Sr & Cynthia Gretrude Antell later Patricia Ann Antell to raise Casey as theirs interm changed Casey Marie Averys name to Catherine Jean Beenken-Fenning cause they already had Katherine Ann Beenken So my birthname is Casey Case Marie Avery I was taken and name changed in 1981 right before I turned 5 years old I am now 50 years old a mother and grandmother fighting for my familys lives and my Grand Parents & Parents livly hood that MPD, Shawn Compton William Jensen Deegler, State of MN, Judge William Koch, Mark A Fenning

Cont

Jennifer Lynn Jorgenson, Hale T Simon Mpls Almparend Lot, Project for Pride and Living, Agate Housing, State of Mn Judicial System, Social Security Administration Hennepin County Economic Assistance, Patricia Lingwell all are after the IRA's, Bank Accounts, Businesses, Properties Safety Deposit Boxes, Safes, Everything including my inheritance I heard about me having an Inheritance from Inheritance Funding I look Identical to Lynn Marie Deegle plus they have paintings of me and I will do a DNA test to prove what I am saying if need be but Judge W Koch that is Perjury from a Judge like Hennepin County Economic Assistance taking my cash away for a year now claim I have earned income and cut my food stamps to 260^00 why what did I do? MPD Hasleyhley not answering calls. Coming to make reports following up on Police reports claiming a 45 with me when its a Domestic Abuse 45 I have. Not giving us the right to have Police Protection not giving us our rights on being Innocent

Cont

until Proven Guilty, Stalking, Harassmen take my homes illegal Evictions x3 threatening to rape my 5 & 7 yr old grand Children to murder my Children A.M.K. J.M.B and C.J.K, A.J.A leave them out of your fucking mouth I dont care about your badge none of you can neither Stop threatening my children and grand Children with rape & murder before I come at you all Dark Web project name UNKNOWN

---

theft allowing all these confidential Informants to steal AMK Bank Card money car everything and doing nothing for us but trying to Kill us almdene MPD & state all of you

cont

for stealing mine & A.MK's home at
907 20th Ave NE Mpls, MN 55418
Dorothy A Dueglers house you have
assisted Ray in stealing peoples
Everything (I) Tong told me 3 homes
to 3 cops I wonder why
false charges, false pretense,
by police, no Justice,

MN State Status 609.43

False Pretence

Stop having all your people watch &
stalk myself and my family now

Thank you

Catherine Jean Beacon Fenning

Homeless, Mpls Mn 55418
763-703-0987